IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Construction Industry Retirement Fund of Rockford Illinois et al | ) ) ) | |
| Plaintiff, | ) ) | Case No: 3: 15 c 50161 |
| v. | ) ) | Magistrate Judge Iain D. Johnston |
| Deans Dynamic Concrete, Inc. | ) ) ) | |
| Defendant. | ) | |

# **ORDER**

On 1/19/2016, Magistrate Judge Johnston entered a report and recommendation [29] that plaintiff's motion [26] for default judgment be granted and that judgment be entered in favor of plaintiff and against defendant in the total amount of $8,183.25. No objection has been filed. The court has reviewed the record and accepts the report and recommendation. Judgment is entered in favor of plaintiff and against defendant in the total amount of $8,183.25 consisting of damages in the amount of $6,081.70, attorneys' fees in the amount of $1,570.00 and costs in the amount of $531.55. This case is terminated.

Date: 2/8/2016

_Philip G. Reinhard_
Philip G. Reinhard, U.S. District Judge